# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MARCELLIS SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-00057-EPG<br><br>ORDER CONTINUING HEARING AND DIRECTING DEFENDANT TO FILE A HARD COPY OF THE ADMINISTRATIVE RECORD |

The hearing for oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits, currently set for November 14, 2019, is continued to **January 9, 2020, at 2:00 p.m.** Defendant is directed to file a hard copy of the administrative record not less than thirty days prior to that hearing.

IT IS SO ORDERED.

Dated: **October 18, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1