# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MARCELLIS SANDERS,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>       Defendant | Case No.: 1:19-cv-00057-EPG<br><br>**ORDER TO POSTPONE ORAL ARGUMENT** |

     Pursuant to the stipulation of the parties for a requested postponement of Oral Arguments scheduled for January 9, 2020 at 2:00 pm (PST), the request is hereby APPROVED.

     Oral Arguments will be rescheduled to January 30, 2020 at 2:00 pm (PST). To participate telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

     IT IS SO ORDERED.

DATED: 1/8/2020                            /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE