UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO BRANCH

| | |
|---|---|
| XAVIER MARCELLIS SANDERS,<br><br>     Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant | Case No.: 1:19-cv-00057-EPG<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE-THOUSAND SIX-HUNDRED FOURTEEN dollars ($3,614.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  May 11, 2020            /s/ Shellie Lott
                                SHELLIE LOTT
                                Attorney for Plaintiff

                                McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH L. STACHEL
                                Regional Chief Counsel, Region IX

Date:  May 11, 2020             /s/ S. Wyeth McAdam
                                (As authorized via email on 5/11/20)
                                S. WYETH McADAM
                                Special Assistant United States Attorney

1 SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
2 42 N. Sutter Street, Suite 400
Stockton, California 95202
3 Telephone: (209) 948-9384
4 Facsimile: (209) 948-0706

5 Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 25), IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of THREE-THOUSAND SIX-HUNDRED FOURTEEN dollars ($3,614.00), are awarded to Plaintiff, subject to the terms of the stipulation.

Dated:   **June 17, 2020**                    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

3